In the Matter of the Application of ABRAHAM BRIEF, Respondent, for a Mandamus Order against LEON GREIZER and MORRIS CHINSKY, as Officers of ZELCHOW WARSHOWER PROGRESSIVE SOCIETY, INC., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

FANNY HERSHKOWITZ, Respondent, v. JOSEPH NEIDITCH, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH SILVER, Appellant, v. WARDEN OF THE NEW YORK COUNTY PENITENTIARY, Respondent.* — Order unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

JAMES F. EGAN, Public Administrator, as Administrator, etc., of IVAR KREUGER, Deceased, Plaintiff, v. JORDAHL & Co., INC., and Others, Defendants. MARY D. JORDAHL, Appellant; MAE T. DEUTSCH, as Executrix, etc., of ARMAND S. DEUTSCH, Deceased, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

MENDELSON BROS. FACTORS, INC., Appellant, v. WALTER E. SACHS and Others, Respondents, Impleaded with Others.— Judgment and order unanimously modified by eliminating the clause marked " (c) " from the recitals in the order, and the words " on the merits " contained in the order and judgment, and as so modified affirmed, with costs to the appellant. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of MAXWELL GOLDSTEIN.— Motion denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

In the Matter of MILTON W. HAYDEN, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

* By order of Appellate Division, filed October 23, 1936, appeal was heard on original papers.— [REP.